UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN M. FORBES | ) Criminal No. 09-CR-10389-RGS<br>)<br>) Violations:<br>) 21 U.S.C. § 841(a)(1)<br>) Possession with Intent to<br>) Distribute and Distribution of<br>) Oxycodone and Marijuana<br>)<br>) 21 U.S.C. §853<br>) Criminal Forfeiture |

**INDICTMENT**

THE GRAND JURY CHARGES:

<u>COUNT ONE:</u>   (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Oxycodone)

On or about August 20, 2009, at Boston, in the District of Massachusetts,

**JOHN M. FORBES,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO:      (21 U.S.C. § 841(a)(1) - Possession with Intent to
                Distribute and Distribution of Marijuana)

On or about August 20, 2009, at Boston, in the District of Massachusetts,

**JOHN M. FORBES,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1.  Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment

**JOHN M. FORBES,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JEFFREY M. COHEN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS;   December 16, 2009.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12/16/09
@ 12:54pm

-4-