UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.09-CR-10389-RGS |
| ) | |
| JOHN FORBES ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America hereby moves this Court to order that the Indictment in the above captioned case be unsealed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
JEFFREY M. COHEN
Assistant U.S. Attorney

Dated: December 17, 2009